Certificate Number: 03088-TXS-DE-037186364

Bankruptcy Case Number: 23-30465



03088-TXS-DE-037186364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 15, 2023</u>, at <u>4:33</u> o'clock <u>PM CST</u>, <u>Billy D Lowe</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Texas</u>.

Date: <u>February 15, 2023</u>

By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>