**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 09, 2023
Nathan Ochsner, Clerk

In Re: Billy Dewayne Lowe
Yolanda Antoinette Lowe
**Debtor(s)**

Case No.: 23–30465

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato–Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/9/23

_____
Jeffrey P. Norman
United States Bankruptcy Judge